**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | | |
|---|---|---|
| **P.F., a minor by and** | ) | |
| **through his Natural Mother and Next Friend,** | ) | |
| **JESSICA FLAX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:17-cv-02184** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ERIC L. HETZEL, DO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S DISCLOSURE OF EXPERTS**

Plaintiff, by and through undersigned counsel, and pursuant to Rule 26 and the Court's Scheduling and Trial Order, discloses the following experts:

**A.  Expert Witnesses disclosed pursuant to Rule 26(a)(2)(B).**

 **1.**  **Kevin Friedman, MD**
    Farley 2- Department of Cardiology
    Boston Children's Hospital
    Boston, MA 02115

 a.  Dr. Friedman is a board certified pediatric cardiologist. His credentials and qualifications are set forth in the attached curriculum vitae (**Ex. A**). His expected opinions are held to a reasonable degree of medical certainty.  Dr. Friedman is expected to testify consistent with the opinions contained in his report, which is attached as **Ex. B**.

 b.  To date, Dr. Friedman has been provided the materials listed in **Ex. B**. In forming his opinions, Dr. Friedman is relying on the foregoing materials, in addition to his education, training, and experience. Dr. Friedman retains the right to add or supplement his opinions based on any additional materials he reviews in this matter, specifically including any deposition or other materials obtained through the course of discovery.

c.      Dr. Friedman charges $450.00 per hour for case review and $800.00 per hour for testimony.

d.      Dr. Friedman has not testified as an expert at trial or by deposition during the previous 4 years.

2.      **Adam Balin, MD**
        Dean Clinic – Oregon
        753 North Main Street
        Oregon, WI 53575

a.      Dr. Balin is a board-certified family physician. His credentials and qualifications are set forth in the attached curriculum vitae (**Ex. C**). His expected opinions are held to a reasonable degree of medical certainty.   Dr. Balin is expected to testify consistent with the opinions contained in his report, which is attached as **Ex. D**.

b.      To date, Dr. Balin has been provided the materials listed in **Ex. D**. In forming his opinions, Dr. Balin is relying on the foregoing materials, in addition to his education, training, and experience. Dr. Balin retains the right to add or supplement his opinions based on any additional materials he reviews in this matter, specifically including any deposition or other materials obtained through the course of discovery.

c.      Dr. Balin's fee schedule has been marked **Ex. E** and is being provided contemporaneously with the filing of this disclosure

d.      Dr. Balin's list of prior testimony is attached as **Ex. F**.

3.      **Roger Huckfeldt, MD**
        Palm Medical Solutions, LLC
        2101 W. Chesterfield Blvd
        Suite A201
        Springfield, MO  65807

a.      Dr. Huckfeldt is a certified life care planner. His credentials and qualifications are set forth in the attached curriculum vitae (**Ex. G**). His expected opinions are held to a reasonable

degree of medical certainty. Dr. Huckfeldt is expected to testify consistent with the opinions contained in his report, which is attached as **Ex. H**.

b.    To date, Dr. Huckfeldt has been provided the materials listed in **Ex. H**. In forming his opinions, Dr. Huckfeldt is relying on the foregoing materials, in addition to his education, training, and experience. Dr. Huckfeldt retains the right to add or supplement his opinions based on any additional materials he reviews in this matter, specifically including any deposition or other materials obtained through the course of discovery.

c.    Dr. Huckfeldt's fee schedule has been marked **Ex. I** and is being provided contemporaneously with the filing of this disclosure

d.    Dr. Huckfeldt's list of prior testimony is attached as **Ex. J**.

**B. Expert Witnesses disclosed pursuant to Rule 26(a)(2)(C).**

**1.    Medical Providers and First Responders**

Plaintiff reserves the right to call as witnesses individuals that provided medical care and treatment to P.F. At this time, these individuals have not been retained to provide testimony in this case. However, the information they provide may constitute specialized opinions in the fields of family medicine, pediatrics, cardiology, neurology, emergency medicine, infectious disease, rheumatology, radiology, hematology and electrophysiology. Plaintiff anticipates the medical providers will offer testimony regarding their care and treatment of P.F. As such, some of said testimony may come in the form of opinions from qualified medical providers.

P.F.'s treating physicians, consulting physicians, nurses, therapists, first responders, and other medical providers, identified and disclosed by the parties during the course of discovery in this action and/or included in her medical records, may testify generally on the topics of liability,

causation, injuries, treatments, damages, and reasonable value/necessity of medical expenses.

Plaintiff's non-retained medical expert witnesses include:

Family Practice Associates
120 Ross Blvd.
Dodge City, KS 67801
        M.J. Schaffer, M.D.
        Jeremy Presley, M.D.
        Merrill Conant, M.D.
        Roger Trotter, M.D.

Western Plains Medical Center
3001 Avenue A
Dodge City, KS 67801
        Clark Fieser, M.D.
        Nancy Whitson
        Charlie Matteson, M.D.
        Thomas Merry, M.D.
        Ben Short, M.D.
        Peter Ricci, M.D.
        Ellen Blatt, M.D.
        Roger Trotter, M.D.
        Dr. Celeberti

Western Plains Primary Care
106 N. Main
Cimarron, KS 67835
        Jaclyn Vath, APRN

Western Plains Pediatric Associates
112 W. Ross Blvd., Ste. A
Dodge City, KS 67801
        Dr. Martin Castillo

St. Catherine Siena Clinic
311 E. Spruce Street
Garden City, KS 67846
        Elizabeth Doyle, M.D.

St. Catherine Hospital
401 East Spruce Street
Garden City, KS 67846
        Augustinus Suhardja, M.D.
        Tanya Pittman, M.D.

Children's Mercy Hospital
2401 Gillham Road
Kansas City, MO 64108
   Molly Krager, M.D.
   Audra Bowman, M.D.
   Kimberly Shubert, M.D.
   Erin McDaniel, M.D.
   Andrew Huss, M.D.
   Brenton Reading, M.D.
   Melissa Miller, M.D.
   Emily Fox, M.D.
   Kathleen Senn, M.D.
   Jonathan Wagner, D.O.
   Ashley Cooper, M.D.
   John Papgiannis, M.D.
   Shannon Carpenter, M.D.
   Mukta Sharma, M.D.
   Clay Yaklin, M.D.
   Julia Hensch, M.D.
   Keith August, M.D.
   Nazia Tabassum, M.D.
   AD Hopkins, M.D.
   Douglas Swanson, M.D.
   Catherine Simon, M.D.
   Kailash Pawar, MD
   Neil Mardis, D.O.
   Sandra Machedo, D.O.
   Ara Hall, MD
   Dena Wideman, MD

Texas Children's Hospital
6621 Fannin Street
Houston, TX 77030
   Carolyn Altman, M.D.
   Santiago Valdes, M.D.
   Caridad De la Uz, M.D.
   Mona Shah, M.D.
   Jeffrey Kim, M.D.
   Carlos Rivera, M.D.
   Taylor Beall, M.D.
   E. Dean McKenzie, M.D.
   Juan M. Lehoux, M.D.
   Amy Sims, M.D.
   Tina Manshadi, M.D.
   Caroline Schmidt, M.D.
   Anna Carmella Gironella, M.D.

      Gladstone Airewlse, M.D.
      Sibo Zhao, M.D.
      Hari Tunughuntia, M.D.
      Asra Kahn, M.D.
      John Colquitt, M.D.
      Antonio Mott, M.D.
      Jadhav Siddarth, M.D.
      Katie Bergstrom, M.D.
      Ronald Bronicki, MD
      Richard Lion, MD
      Dhaval R. Parekh, MD
      Mary Niu, mD
      Amber Yates, MD
      Abhlehek Bayle, MD
      Christina Miyake, MD
      Nana Coleman, MD
      Matthew Pesek, MD
      Alexia Santos, MD
      Pertha Metha, MD
      ShiuKi Rocky Hui, MD
      Corey Noel, MD
      Dr. Trivedi
      Jeffrey Kim, M.D
      Charles Gay, M.D.
      Rosa Diaz, M.D.
      Vanessa Thomas, M.D.
      Jonathan Lewis, M.D.
      Athar Qureshi, M.D.
      Amee Liou, M.D.
      Andrea Ramirez, M.D.
      Maria Pereira, M.D.
      Irfan Ali, M.D.
      Anne Anderson, M.D.

Children's Hospital Colorado
13123 E. 16th Avenue
Aurora, CO 80045
      Pei-Ni Jone, M.D.
      Jeremy Tolder, M.D.
      Brian Fonseca, M.D.
      Carolyn Green, M.D.
      Dorlyne Brchan, M.D.

Ford County EMS
10996 113 Road
Dodge City, KS 67801

EMTs:
      C. Messerly
      Bryce Birney
      Kyle Davis
      Otis Taylor
      Heath Ormford
      Robert Boyd
      Edward Hardiman
      Teghen Pencis
      Zachary Moul
      John Stevens

Pediatric Cardiologist
3311 E. Murdock Street
Wichita, KS 67208
      Steve Allen, M.D.

James Moffitt, M.D.
200 W. Ross Blvd.
Dodge City, KS 67801

Children's Mercy Pediatric
2401 Gillham Road
Kansas City, MO 64108
Catherine Simon, M.D.

Acadian Ambulance Service
P.O. Box 98000
Lafayette, LA 70509
EMTs:
      Matthew Hinton
      Ryan Sheeham

Children's Mercy Hospital – Specialty Clinic
3243 E. Murdock Street, #201
Wichita, KS 67208
      Arpan R. Doshi, M.D.

Children's Mercy Hospital
Children's Mercy Critical Care Transport
2401 Gillham Road
Kansas City, MO 64108
EMT - Noble
RT - Rieck
RN - Lacy
Ride Along - Ehlers

Pilot - McKeone
Pilot - Craner

Via Christi Hospital
1151 N. Rock Road
Wichita, KS 67206
  Bassem El-Nabbout, M.D.

Kansas Department of Health
Gray County Health Dept.
PO Box 487/300 S. Main Street
Cimarron, KS 67835
  Rayna Maddox, Director/Infection Control

Kansas Department of Health
Ford County Health Dept.
106 E. Spruce
Dodge City, KS 67801
  Stephan Childers, Investigator

Kansas Department of Health
Finney County Health Dept.
919 Zerr Road
Garden City, KS 67846
  "Amber"

**Respectfully submitted,**

**BARTIMUS, FRICKLETON & ROBERTSON, P.C.**

**BY:** _/s/ Michelle L. Marvel_
   **JAMES P. FRICKLETON**  **KS #20602**
   **MICHELLE L. MARVEL**  **KS #23511**
   **11150 Overbrook Road, Suite 200**
   **Leawood, KS 66211**
   **(913) 266-2300 (tel)**
   **(913) 266-2366 (fax)**
   jimf@bflawfirm.com
   mmarvel@bflawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of January 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mark A. Lynch
John Wesley Smith
Simpson, Logback, Lynch, Norris, P.A.
7400 West 110th Street, Suite 600
Overland Park, KS 66210
ATTORNEYS FOR DEFENDANT HETZEL, D.O.

  _/s/ Michelle L. Marvel_____
Attorney for Plaintiffs