# EXHIBIT D

*P.F., a minor by and through his Natural Mother and Next Friend, JESSICA FLAX, v. ERIC L. HETZEL, D.O.*
Case No. 2:17-CV-02184

Report by: Adam Balin, M.D.

Materials reviewed

Medical records for ▮▮▮ from:

> Western Plains Medical
> Family Practice Associates
> Children's Mercy Hospital
> Texas Children's Hospital
> KDHE/Ford County Health Department

Deposition Transcripts and Exhibits:

> Jessica Flax
> Molly Krager, M.D.
> Erin MDaniel, M.D.
> Kimberly Christner, M.D.
> Eric Hetzel, D.O.
> Audra Bowman, M.D.

Background

On 9/30/12, ▮▮▮ was born by a spontaneous vaginal delivery. He started treatment with Dr. Hetzel at Family Practice associates on 10/02/12 for well-baby visits and newborn care. He was treated for neonatal jaundice and poor weight gain.

On 1/25/13, ▮▮▮ presented to Dr. Hetzel with 5 days of upper respiratory symptoms. He had cough, nasal congestion, decreased PO intake and fever. Dr. Hetzel did not record the duration of ▮▮▮ fever. Dr. Hetzel did not record ▮▮▮ temperature on 1/25/13. Dr. Hetzel ordered rapid flu and RSV tests, which were negative. He diagnosed an unspecified viral infection.

On 2/12/13 at 1:34 p.m., at age 4 months 13 days, ▮▮▮ presented to Dr. Hetzel with history of skin rash. The subjective note indicates, "The rash started yesterday. He was seen 2 ½ weeks ago for a UTI. Starting 3 days ago he had high fevers on Saturday night. Last night rectally his temp was 102-103." In the description of the rash, the records indicate gradual onset, duration 2-3 weeks, getting worse, erythema and pruritus. Dr. Hetzel testified the 2-3 weeks duration refers to URI symptoms, which are also documented below. The rash was described as erythematous, maculopapular, and located on ▮▮▮ neck, both hands, both feet, both forearms, both lower legs, both thighs, back, chest, and abdomen.

Under URI documentation, Dr. Hetzel noted fever, cough/congestion and runny nose. Treatments attempted include Tylenol and Benadryl. In his objective examination, Dr. Hetzel noted the patient was ill-appearing. He observed bilateral conjunctivitis with no mucopurulent discharge. He did not indicate when the conjunctivitis started. He observed that ▮▮▮ pharynx was erythematous, which he described as mucosal membrane redness from inflammation.

1

Jessica Flax testified ▮ also had a red mouth, lips and tongue at the time he presented at that visit with the rash. She communicated concern about ▮ appearance and that he was inconsolable and crying a lot. She took a photograph of ▮ in Dr. Hetzel's exam room, which Dr ▮ does not dispute. Dr. Hetzel consulted with his partner, Dr. Trotter, regarding the rash. During the consult they considered measles as a potential diagnosis.

Jessica Flax testified that Dr. Hetzel diagnosed ▮ with measles at that February 12 appointment. After Dr. Trotter left the room, she said she specifically asked Dr. Hetzel if ▮ had measles, which he confirmed. Dr. Hetzel in his deposition denies making a measles diagnosis. His 2/12/13 progress notes include diagnosis of viral exanthem. He prescribed an oral suspension steroid medication, Orapred 15 mg/5 ML susp daily 5 days.

The evening of 2/12/13 at approximately 9:00 p.m., Jessica Flax texted a message and picture of ▮ to her cousin who was a nurse about ▮ measles diagnosis.

Two days later, on 2/14/13, ▮ presented for a follow-up appointment at 1:18 p.m. His mother reported improvement (not resolution) of the rash, but concern about his fevers. The record states, "Notes that they seem to spike at night; rectally they have been running up to 104.6 degrees." Dr. Hetzel recorded a temperature of 99 F at the time of the visit. He did not note the time of ▮ last fever or use of medication. ▮ did not have any upper respiratory symptoms documented on 2/14/13. Despite the lack of URI symptoms, Dr. Hetzel told his mother that his symptoms and exam findings were most consistent with a viral upper respiratory infection.

On 2/14/13, the Ford County Health Department started a measles investigation regarding ▮ The report includes a presumptive diagnosis date of 2/12/13. A representative, Stephen Childers, stated he was recently informed that a diagnosis of measles was made at Family Practice Associates regarding ▮ on 2/12/13. Mr. Childers contacted Jessica Flax on 2/14/13. She provided the following information:

> Her 4 ½ mo old boy, ▮ started having a runny nose & cough about 2 weeks ago, after she and the kids had been at McDonalds Playland on 1/28/2013 (an indoor facility) and had been playing with other babies & children. Saturday, 2/9/2012 she and the family went to the Circus at the Dodge City Civic Center. Later that evening ▮ developed a fever 99-100 F. Sunday, 2/10/2013 ▮ fever spiked to 101 F. Monday, 2/11/2013, ▮ began developing a rash, first on his forehead, to scalp, to back, to chest, progressing to his arms & legs. She said that the only part of his body that did not have a rash was the soles of his feet and the palms of his hands. His fever rose to 104.6 F. Tuesday, 2/12/2013, ▮ also developed conjunctivitis. She took ▮ to Family Practice Associates where he was examined first by Dr. Eric Hetzel then by Dr. Trotter who confirmed the diagnosis of measles. NO labs were collected at the time of the visit. ▮ was prescribed Prednisolone, acetaminophen q 4hrs, and PO Benadryl. At time of interview Jessica said that ▮ rash was fading, though he had diarrhea 4-5x yesterday & 5x so far today. She also said that he had vomited 1x. His temp would go up to 102F, but she could keep it down to 100.3 with acetaminophen.

2

On 2/14/13, Mr. Childers contacted Dr. Hetzel. Mr. Childers' note states:

> I called Family Practice Associates & spoke with Dr. Hetzel who verified patient visit & diagnosis. I faxed Dr. Hetzel a copy of the KDHE guidelines for lab confirmation, another copy of the KDHE reportable disease list, and another copy of the KS Notifiable Dz form (see attachment). I suggested that he contact KDHE directly ASAP regarding the dx of measles.

On 2/14/13 at 5:03 p.m. Dr. Hetzel made an addendum note to ▇▇▇ chart to include a measles diagnosis. He testified in his deposition it should have been "suspected measles." He also ordered a measles test and instructed ▇▇▇ mother to take him to Western Plains for a blood draw.

On 2/19/13, Dr. Hetzel told Stephen Childers he would fax a copy of ▇▇▇ test results when he received them. He also said he believed ▇▇▇ had some other type of viral exanthem that closely resembled measles. At some point Dr. Hetzel communicated the negative measles results to ▇▇▇ parents. He made no other attempt to follow-up regarding ▇▇▇.

On 2/26/13 at 10:04 a.m., ▇▇▇ presented to Dr. Hetzel with 5 days of fever that started on Friday, February 22. On Saturday, February 23 his mother had contacted Dr. Hetzel's on-call partner regarding increased drainage from one of his ears. Dr. Conant prescribed an antibiotic (amoxicillin) over the phone without further exam. ▇▇▇ mother reported his fever got up to 103 degrees on February 24. On February 25, it spiked to 104.2 degrees after a bath. ▇▇▇ was not sleeping well. His last dose of Tylenol was 8:00 a.m. The current medication list includes Orapred, but Dr. Hetzel testified he does not think ▇▇▇ was still taking it at that time. He did not have other symptoms. Dr. Hetzel diagnosed fever of unknown origin. He ordered a complete blood count, blood culture, and urinalysis.

Dr. Hetzel testified he probably called ▇▇▇ mother after he received lab results. They discussed taking ▇▇▇ to Children's Mercy Hospital in Kansas City. Dr. Hetzel did not communicate with any health care providers at Children's Mercy Hospital regarding ▇▇▇ at that time, but he printed his records and instructed his mother to take ▇▇▇ to the emergency room. Dr. Hetzel did not communicate with any health care providers at Children's Mercy Hospital during ▇▇▇ admission from February 27 to March 2, 2013.

On 9/18/13, ▇▇▇ was in the living room of his home with his mother when he stopped breathing. She initiated rescue breathing and notified EMS. On arrival of EMS, ▇▇▇ was again breathing and crying. He was taken to Western Plains Medical Center in Dodge City, Kansas. While being evaluated there, he went into a 6-minute episode of non-perfusing ventricular dysrhythmia that required synchronized cardioversion. He was thought to have seizures during this time period as well. He was intubated and transported to Children's Mercy Hospital in Kansas City. Work-up including echocardiogram and cardiac catheterization identified; complete occlusion of the proximal right coronary artery and dilation of the left coronary artery. ▇▇▇ was discharged from acute care with a diagnosis of right coronary aneurysm resulting in a thrombus with total occlusion of the right coronary artery (10-12 mm) and untreated Kawasaki Disease.

Opinion

In his treatment of ▆ Dr. Hetzel deviated from the standard of care in failing to recognize the serious and emergent nature of ▆ medical condition. Specifically, he failed to timely recognize, diagnose and treat Kawasaki disease (KD). Certainly if he seriously considered measles as a diagnosis, KD would have been in the differential diagnosis as well and was clinically more probable. As a family practice physician, Dr. Hetzel should have been qualified to diagnose both complete and incomplete KD. Kawasaki disease should be considered in the differential diagnosis of a young child with unexplained fever for 5 or more days that is associated with any of the principal clinical features of the disease.

Regarding treatment, IVIG is a well-established treatment to reduce the prevalence of coronary artery dilation and aneurysms in KD through an anti-inflammatory effect. IVIG, usually given with aspirin, should ideally be given in the first 10 days of illness. If given early, IVIG is more likely to prevent cardiac sequelae. After the 10th day of illness, IVIG should still be given if there is persistent fever without another explanation, or aneurysms and ongoing systemic inflammation (elevated ESR or CRP). IVIG is a very effective treatment for KD. Even if he had not felt comfortable treating this or confirming this diagnosis himself, Dr. Hetzel could and should then have immediately referred ▆ to a specialist or obtained immediate consultation.

On February 12, 2013, pursuant to Dr. Hetzel's records, ▆ had three documented clinical features of KD: erythematous rash, bilateral conjunctivitis, and erythema in his oral cavity. His mother also reported red lips and tongue. He had a prior febrile episode in January 2013, but Dr. Hetzel failed to record its duration. A second febrile illness started the evening of February 9, 2013. In evaluating KD, the first calendar day of fever is illness day one. On February 12, he had four days of fever in addition to the first episode. There was no indication to prescribe an oral steroid such as Orapred based on ▆ symptoms. The Orapred potentially made things worse by partially treating KD symptoms, making some symptoms less intense without effectively treating the disease itself.

When ▆ returned on February 14, his mother reported specific concern for fevers that were high spiking at night. She also reported fevers to the Ford County Health Department on February 14. There were no other symptoms documented at that visit. At that time, per Dr. Hetzel's records, ▆ was taking Orapred and Tylenol. Dr. Hetzel failed to record the last dose of medication or timing of his last fever. It was inappropriate to conclude the fevers resolved on February 14. It was also inappropriate to diagnose a viral upper respiratory infection without any documented upper respiratory symptoms. Dr. Hetzel did not properly manage the suspected measles diagnosis. Dr. Hetzel failed to perform a proper workup in light of ▆ recent history and clinical presentation. Dr. Hetzel failed to consider KD during ▆ second febrile illness and failed to order laboratory tests to evaluate for KD.

Kawasaki disease should be considered in the differential diagnosis of every child with fever of at least several days' duration, rash, and nonpurulent conjunctivitis, especially in children less than one year old. Some patients who do not meet criteria for Complete KD can be diagnosed with Incomplete Kawasaki disease. Incomplete KD should be considered in all children with unexplained fever for 5 or more days associated with 2 or 3 of the principal clinical features of Kawasaki disease. In a case of suspected Incomplete KD, the standard of care requires laboratory assessment, and if evidence of systematic inflammation exists, consultation with a pediatric hospitalist or specialist or referral to a hospital setting.

4

Dr. Hetzel should have ordered an echocardiogram and administered IVIG. If he was uncomfortable treating KD he should have referred ▇ to another physician capable of doing so.

Again, on February 26, Dr. Hetzel failed to diagnose incomplete KD or consult with a pediatric hospitalist or specialist. ▇ lab results indicated thrombocytosis, which suggested ▇ was not experiencing a viral illness. It was not appropriate for Dr. Hetzel to send ▇ to an ER without a formal referral and put the responsibility on his parents to provide records and an adequate history. At a minimum he should have called to discuss the history and uncertainties with the receiving ER physician.

▇ was at an increased risk for the cardiac manifestations associated with KD due to his young age. Dr. Hetzel should have considered this in his evaluation of ▇ Dr. Hetzel's failure to timely perform a proper workup with proper laboratory testing, failure to diagnose incomplete KD, or refer ▇ to a specialist caused or contributed to cause his cardiac injuries.

I hold these opinions to a reasonable degree of medical certainty.

*[signature]*
1/1/2018
ADAM H. BALIN, MD

5