**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY**

| | |
|---|---|
| **P.F., a minor by and through his Natural Mother and Next Friend, JESSICA FLAX,** ) ) ) ) | |
| **Plaintiff,** ) ) | **Case No. 2:17-cv-02184-HLT** |
| **v.** ) ) | |
| **ERIC L. HETZEL, DO,** ) ) | |
| **Defendant.** ) | |

**MOTION FOR APPROVAL OF MINOR SETTLEMENT**

Plaintiff P.F., a minor by and through Next Friend, Jessica Flax, moves for approval of a minor settlement. The details of the underlying case and the settlement agreed upon by the parties will be presented to the Court for an in-camera review at the settlement approval hearing. Plaintiff states as follows:

1. P.F. is a minor, six (6) years of age, having a birth date of ▓▓▓▓▓▓▓ 2012.

2. JESSICA FLAX is the natural mother and duly appointed Next Friend of P.F.

3. P.F. resides in the home of his natural parents, JESSICA FLAX and DANIEL FLAX, in Gray County, Kansas.

4. P.F., a minor, by and through his natural mother and Next Friend, has made a claim against the Defendant.

5. The Defendant has denied liability or negligence for the claimed injuries and damages.

6. Taking into consideration the circumstances of the occurrence, the nature of said minor's injuries, the disputed liability of this matter and the expenses, and uncertainties of trial, Defendant has offered and Plaintiff has agreed to payments and waiver as reflected in the Final Release, Settlement and Confidentiality Agreement (Exhibit 1) and allocation of settlement funds

(Exhibit 2), both of which shall be offered for the Court's review as exhibits at the settlement approval hearing.

7.  After careful consideration, consultation with counsel, and analysis of the advantages and disadvantages of both settlement and trial, it is the request of Plaintiff that this Court approve the settlement as valid, just, and equitable pursuant to K.S.A. 40-3410.

8.  The Next Friend has conducted a full and fair investigation into the facts and circumstances of this case and has a full and fair understanding of the litigation process, the costs involved, and the uncertainties of recovery.

9.  The parties expressly waive the right to trial by jury. This cause is submitted to the Court upon the pleadings and evidence.

10. Plaintiff requests that the Court approve this settlement and authorize JESSICA FLAX as natural mother and Next Friend of P.F., a minor, to execute the Final Release, Settlement and Confidentiality Agreement and to release Defendant from all liability to P.F.

11. The Parties request that the terms of this settlement remain confidential, and accordingly, request the Court permit the parties to withdraw the pertinent exhibits, including the The Final Release, Settlement and Confidentiality Agreement (Exhibit 1), allocation of settlement funds (Exhibit 2), and any other exhibits or pleadings regarding the settlement, after reviewing the same.

**Respectfully submitted,**

**BARTIMUS FRICKLETON ROBERTSON RADER, PC**

**BY:**   */s/ Michelle L. Marvel*
  **JAMES P. FRICKLETON**     **MO #31178**
  **MICHELLE L. MARVEL**      **MO #59815**
  **11150 Overbrook Road, Suite 200**
  **Leawood, KS 66211**
  **(913) 266-2300 (tel)**
  **(913) 266-2366 (fax)**
  jimf@bflawfirm.com
  mmarvel@bflawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 29th day of April, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mark A. Lynch
John Wesley Smith
Simpson, Logback, Lynch, Norris, P.A.
7400 West 110th Street, Suite 600
Overland Park, KS 66210
ATTORNEYS FOR DEFENDANT HETZEL, D.O.

  */s/ Michelle L. Marvel*
Attorney for Plaintiffs